UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT ELECTRIC SUPPLY INC., <br><br> Plaintiff, <br><br> v. <br><br> SOLAR INSTALLS, INC., et al., <br><br> Defendants. | Case No. 18-cv-01435-KAW <br><br> ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |

On January 22, 2019, the Court held a case management conference, where Plaintiff did not appear. (Dkt. No. 58.)

Accordingly, counsel for Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than February 6, 2019, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference. The Court also refers Plaintiff's counsel to the Court's standing order on telephonic appearances, available at: https://www.cand.uscourts.gov/kaworders.

Additionally, Plaintiff shall inform the Court, by February 6, 2019, whether the following pretrial schedule is agreeable:

| | |
|---|---|
| Trial (Bench) | December 2, 2019 |
| Pretrial Conference | November 20, 2019 |
| Objections; Oppositions to Motions in Limine | November 8, 2019 |
| Joint Pretrial Statement; Motions in Limine | October 29, 2019 |
| Meet and Confer | October 18, 2019 |
| Last Day to Hear Dispositive Motions | September 5, 2019 |
| Close of Expert Discovery | August 30, 2019 |

| Rebuttal Expert Disclosure and Reports Provided | August 16, 2019 |
| Expert Disclosure and Reports Provided | July 30, 2019 |
| Non-Expert Discovery Cut-off | August 30, 2019 |

IT IS SO ORDERED.

Dated: January 28, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge