UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT ELECTRIC SUPPLY INC., <br><br> Plaintiff, <br><br> v. <br><br> SOLAR INSTALLS, INC., et al., <br><br> Defendants. | Case No. 4:18-cv-01435-KAW <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER REQUIRING JOINT STATUS REPORT** <br><br> Re: Dkt. No. 74 |

Upon review of the parties' joint case management statement, the case management conference scheduled for August 21, 2019 is continued to September 24, 2019 at 1:30 p.m. in Courtroom 4, U.S. District Court, 1301 Clay Street, Oakland, California. The joint case management statement is due by September 17, 2019.

Additionally, the parties are ordered to file a joint status report on or before September 3, 2019 informing the undersigned as to when they expect David Southam to confirm his approval of the pending settlement. Should Mr. Southam's approval be obtained prior to September 3, the parties may file a notice of settlement in lieu of a joint status report.

IT IS SO ORDERED.

Dated: August 19, 2019

KANDIS A. WESTMORE
United States Magistrate Judge