UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT ELECTRIC SUPPLY INC., <br><br> Plaintiff, <br><br> v. <br><br> SOLAR INSTALLS, INC., et al., <br><br> Defendants. | Case No. 4:18-cv-01435-KAW <br><br> **ORDER REQUIRING SUPPLEMENTAL STIPULATION REGARDING JOINT MOTION FOR APPOINTMENT OF RECEIVER** <br><br> Re: Dkt. No. 84 |

On October 28, 2019, the parties filed a joint motion for appointment of a receiver to represent Defendant Solar Installs, Inc. pursuant to Federal Rule of Civil Procedure 66 for the purposes of executing the settlement agreement and resolving the case in its entirety. (Dkt. No. 84.) The parties have not, however, identified the proposed receiver.

Accordingly, the parties are ordered to file a supplemental stipulation and a formal, proposed order identifying the proposed receiver by **November 15, 2019**. The proposed order shall also include language vacating the remaining case deadlines, including the imminent bench trial. The parties shall file a joint notice of settlement once the settlement agreement is fully executed.

IT IS SO ORDERED.

Dated: November 1, 2019

KANDIS A. WESTMORE
United States Magistrate Judge